THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 • www.brewingtonlaw.com

Frederick K. Brewington
Ira Fogelgaren
Gregory Calliste, Jr.
Valerie M. Cartright
Johanna C. David
Brittney C. Russell

**_VIA ELECTRONIC CASE FILING_**
The Honorable Sandra Feuerstein
United States District Court Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

    Re:    <u>Mark Robinson v. County of Nassau et al</u>.
            12-CV-4649 (SJF)(ETB)

Dear Judge Feuerstein,

    As your records will reflect, we are the attorneys representing the Plaintiff in the above referenced matter. As per Your Honor's directive, please allow this letter to serve as a status update on the criminal matter involving Plaintiff, Mark Robinson. The Criminal matter, *People v. Robinson* Docket No.: 2011NA020928 , is currently pending in Nassau County First District Court, Hempstead, New York. There has been no disposition in the matter. As of this writing, the matter is scheduled for a jury trial on April 8, 2013.

    Should the Court have any questions or concerns, please do not hesitate to contact this office. Thank you in advance for your attention to this matter.

                                      Respectfully Submitted,

                                      BRITTNEY C. RUSSELL

cc:    Diane C. Petillo, Esq. (via ecf)